UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 08-06794 |
| | ) | |
| RODRIGUEZ, TERESA J., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on August 30, 2012 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: July 23, 2012         By: /s/ Richard M. Fogel
                                Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: RODRIGUEZ, TERESA J.  § Case No. 08-06794
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 99,000.00

*and approved disbursements of*  $ 22,193.00

*leaving a balance on hand of* [1]  $ 76,807.00

**Balance on hand:**  $ 76,807.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 76,807.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 6,573.07 | 0.00 | 6,573.07 |
| Trustee, Expenses - RICHARD M. FOGEL | 2.40 | 0.00 | 2.40 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 966.00 | 0.00 | 966.00 |

Total to be paid for chapter 7 administration expenses:  $ 7,541.47
Remaining balance:  $ 69,265.53

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:  $    0.00
    Remaining balance:  $    69,265.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:  $    0.00
    Remaining balance:  $    69,265.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,695.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery One | 5,919.92 | 0.00 | 5,919.92 |
| 2 | Capital Recovery II | 1,591.94 | 0.00 | 1,591.94 |
| 3 | PYOD LLC , as assignee of Citibank | 8,765.77 | 0.00 | 8,765.77 |
| 4 | Discover Bank/DFS Services LLC | 11,994.64 | 0.00 | 11,994.64 |
| 6 | Target National Bank | 7,841.81 | 0.00 | 7,841.81 |
| 7A | Chase Bank USA | 1,639.12 | 0.00 | 1,639.12 |
| 8 | HSBC Bank Nevada, N.A.(Bon Ton) c/o eCAST | 3,526.53 | 0.00 | 3,526.53 |
| 9 | HSBC Bank Nevada NA/Office Max c/o eCAST | 894.26 | 0.00 | 894.26 |
| 10 | PYOD LLC as assignee of Citibank | 985.64 | 0.00 | 985.64 |

UST Form 101-7-NFR (10/1/2010)

| 11 | eCAST Settlement Corporation assignee of | 12,535.79 | 0.00 | 12,535.79 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 55,695.42 |
| Remaining balance: | $ 13,570.11 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|   |   |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 13,570.11 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 13,570.11 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $3,192.95. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 10,377.16.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/RICHARD M. FOGEL
                  Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-06794-JBS
Teresa J Rodriguez                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: rmarola              Page 1 of 3              Date Rcvd: Jul 24, 2012
                              Form ID: pdf006            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2012.
```
db          +Teresa J Rodriguez,    8641 S Kostner,    Chicago, IL 60652-3542
12069641     American Servicing Company,    P.O. Box 1820,    Newark, NJ. 07101-1820
12069642    +B.P. Amoco Visa,    P.O. Box 15325,    Wilmington, DE 19850-5325
12069643    +Beneficial Finance,    P.O. Box 17574,    Baltimore, MD 21297-1574
14361705     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12217079    +Capital One Auto Finance,    PO Box 201347,    Arlington, TX 76006-1347
12069645     Carson Pirie Scott & Co.,    Retail Services,    P.O. Box 17264,    21297-1264
12069646     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12069647    +Chase Home Equity Loan Servicing,    P.O. Box 24714,    Columbus, OH 43224-0714
12069648     Citibank Loan,    P.O. Box  5870Grand Central Station,    New York, NY. 10163-5870
12069649     Crate & Barrel,    P.O. Box 659705,    San Antonio, TX. 78265-9705
12361466    +HSBC Bank Nevada NA/Office Max,    eCAST Settlement Corp,    c/o Bass & Associates PC,
              3936 E Ft Lowell Rd Suite 200,    Tucson AZ 85712-1083
12326204    +HSBC Bank Nevada, N.A.(Bon Ton),    eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
12069652    +HSBC Nevada NA,    C/o Blatt Hasenmiller & Liebsker & Moore,    125 S. Wacket Dr. Ste 400,
              Chicago, IL 60606-4440
12069651    +Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368
12069655    +Macy's,   P.O. Box 689195,    Des Moines, IA 50368-9195
12069656     Office Max,    P.O. Box 17602,    Baltimore, MD. 21297-1602
12069657     Revenue Production Management,    P.O. Box673775,    Detroit, MI.48267-3775
12069659     Sears Credit Cards,    P.O. Box 183081,    Columbus, OH. 43218-3081
12069660     Shell Credit Cards,    P.O. Box 689151,    Des Moines, IA 50368-9151
12420266     eCAST Settlement Corporation assignee of,    Household Finance Corporation Beneficial,    POB 35480,
              Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12247334    +E-mail/Text: bncmail@w-legal.com Jul 25 2012 06:21:53      CHASE BANK USA,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12656998    +E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2012 08:20:55      Capital Recovery II,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12579372    +E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2012 06:28:29      Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12207185     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2012 07:08:00
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12069650    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2012 07:08:00      Discover Card,
              P.O. Box 30953,    Salt Lake City, UT 84130
12069653     E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2012 08:20:55      J.C. Penney,    P.O. Box 960001,
              Orlando, FL. 32896-0001
12206401     E-mail/Text: resurgentbknotifications@resurgent.com Jul 25 2012 05:06:25
              PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12579373     E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2012 06:28:30
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12199246    +E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2012 06:28:30
              Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12199178    +E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2012 06:28:29
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12069658     E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2012 08:20:54      Sam's Club,    P.O. Box 530942,
              Atlanta, GA. 30353-0942
12224362    +E-mail/Text: bncmail@w-legal.com Jul 25 2012 06:21:53      TARGET NATIONAL BANK,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          John P Madden,   O'Malley & Madden PC
12069661    ##Target National Bank,    P.O. Box 59317,    Minneapolis, MN. 55459-0317
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rmarola              Page 2 of 3              Date Rcvd: Jul 24, 2012
                              Form ID: pdf006            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: rmarola              Page 3 of 3                  Date Rcvd: Jul 24, 2012
                              Form ID: pdf006            Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2012 at the address(es) listed below:

        Martin Y Joseph   on behalf of Debtor Teresa Rodriguez MartinYJoseph@aol.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Richard M Fogel   rfogel@shawgussis.com,  IL72@ecfcbis.com

                                                                                                                                       TOTAL: 3