**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: RODRIGUEZ, TERESA J.          § Case No. 08-06794
                                     §
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $309,610.00                  Assets Exempt: $24,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $58,888.37    Claims Discharged
                                               Without Payment: $7,673.00

Total Expenses of Administration: $26,594.47

---

   3) Total gross receipts of $ 99,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 13,517.16 (see **Exhibit 2**), yielded net receipts of $85,482.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $308,093.00 | $17,364.22 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,594.47 | 26,594.47 | 26,594.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 64,137.00 | 58,888.37 | 58,888.37 | 58,888.37 |
| **TOTAL DISBURSEMENTS** | $372,230.00 | $102,847.06 | $85,482.84 | $85,482.84 |

4) This case was originally filed under Chapter 7 on March 21, 2008. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2012          By: /s/RICHARD M. FOGEL
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CAUSE OF ACTION | 1149-000 | 99,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$99,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TERESA J. RODRIGUEZ | Exemption claim- wrongful termination settlement | 8100-002 | 3,140.00 |
| RODRIGUEZ, TERESA J. | 35.29% dividend on Claim # SURPLUS, Ref: | 8200-002 | 10,377.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$13,517.16** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Capital One Auto Finance | 4210-000 | 17,543.00 | 17,364.22 | 0.00 | 0.00 |
| NOTFILED | American Servicing Company | 4110-000 | 205,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Equity Loan Servicing | 4110-000 | 85,550.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$308,093.00** | **$17,364.22** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 6,573.07 | 6,573.07 | 6,573.07 |
| RICHARD M. FOGEL | 2200-000 | N/A | 2.40 | 2.40 | 2.40 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 966.00 | 966.00 | 966.00 |
| U.S. Treasury- Department of Internal Revenue | 2810-000 | N/A | 14,944.00 | 14,944.00 | 14,944.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 4,109.00 | 4,109.00 | 4,109.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $26,594.47 | $26,594.47 | $26,594.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery One | 7100-900 | 5,502.00 | 5,919.92 | 5,919.92 | 5,919.92 |
| 1I | Capital Recovery One | 7990-000 | 0.00 | 339.38 | 339.38 | 339.38 |
| 2 | Capital Recovery II | 7100-900 | 1,592.00 | 1,591.94 | 1,591.94 | 1,591.94 |
| 2I | Capital Recovery II | 7990-000 | 0.00 | 91.26 | 91.26 | 91.26 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | PYOD LLC , as assignee of Citibank | 7100-900 | 8,554.00 | 8,765.77 | 8,765.77 | 8,765.77 |
| 3I | PYOD LLC , as assignee of Citibank | 7990-000 | 0.00 | 502.53 | 502.53 | 502.53 |
| 4 | Discover Bank/DFS Services LLC | 7100-900 | 10,447.00 | 11,994.64 | 11,994.64 | 11,994.64 |
| 4I | Discover Bank/DFS Services LLC | 7990-000 | 0.00 | 687.64 | 687.64 | 687.64 |
| 6 | Target National Bank | 7100-900 | 7,407.00 | 7,841.81 | 7,841.81 | 7,841.81 |
| 6I | Target National Bank | 7990-000 | 0.00 | 449.56 | 449.56 | 449.56 |
| 7A | Chase Bank  USA | 7100-900 | 1,639.00 | 1,639.12 | 1,639.12 | 1,639.12 |
| 8 | HSBC Bank Nevada, N.A.(Bon Ton) c/o eCAST | 7100-900 | 2,967.00 | 3,526.53 | 3,526.53 | 3,526.53 |
| 8I | HSBC Bank Nevada, N.A.(Bon Ton) c/o eCAST | 7990-000 | 0.00 | 202.17 | 202.17 | 202.17 |
| 9 | HSBC Bank Nevada NA/Office Max c/o eCAST | 7100-900 | 556.00 | 894.26 | 894.26 | 894.26 |
| 9I | HSBC Bank Nevada NA/Office Max c/o eCAST | 7990-000 | 0.00 | 51.27 | 51.27 | 51.27 |
| 10 | PYOD LLC as assignee of Citibank | 7100-900 | 4,800.00 | 985.64 | 985.64 | 985.64 |
| 10I | PYOD LLC as assignee of Citibank | 7990-000 | 0.00 | 56.51 | 56.51 | 56.51 |
| 11 | eCAST Settlement Corporation assignee of | 7100-900 | 13,000.00 | 12,535.79 | 12,535.79 | 12,535.79 |
| 11I | eCAST Settlement Corporation assignee of | 7990-000 | 0.00 | 718.66 | 718.66 | 718.66 |
| 7AI | Chase Bank  USA | 7990-000 | 0.00 | 93.97 | 93.97 | 93.97 |
| NOTFILED | Crate & Barrel | 7100-000 | 2,414.00 | N/A | N/A | 0.00 |
| NOTFILED | Revenue Production Management | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial Finance | 7100-000 | 575.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell Credit Cards | 7100-000 | 729.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Nevada NA C/o Blatt Hasenmiller & Liebsker & | 7100-000 | 1,202.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 617.00 | N/A | N/A | 0.00 |
| NOTFILED | B.P. Amoco Visa | 7100-000 | 1,436.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $64,137.00 | $58,888.37 | $58,888.37 | $58,888.37 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-06794  
**Case Name:** RODRIGUEZ, TERESA J.

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/21/08 (f)  
**§341(a) Meeting Date:** 04/21/08

**Period Ending:** 10/01/12  
**Claims Bar Date:** 07/30/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | REAL PROPERTY (See Footnote) | 290,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 850.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | DA | 0.00 | FA |
| 5 | PENSION PLANS AND PROFIT SHARING | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | MOTOR VEHICLE | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | CAUSE OF ACTION (See Footnote) | 20,000.00 | Unknown | | 99,000.00 | FA |
| 8 | Added to Form 1 in error | 0.00 | 0.00 | DA | 0.00 | FA |
| **8** | **Assets Totals** (Excluding unknown values) | **$329,610.00** | **$0.00** | | **$99,000.00** | **$0.00** |

RE PROP# 1   No equity for estate  
RE PROP# 7   Settled per o/c 5-10-12

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009         **Current Projected Date Of Final Report (TFR):**   July 23, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-06794  
**Case Name:** RODRIGUEZ, TERESA J.  

**Taxpayer ID #:** **-***2799  
**Period Ending:** 10/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/12 | {7} | CITY OF CHICAGO | Settlement proceeds per o/c 5-10-12 | 1149-000 | 99,000.00 | | 99,000.00 |
| 06/20/12 | 1001 | TERESA J. RODRIGUEZ | Exemption claim- wrongful termination settlement | 8100-002 | | 3,140.00 | 95,860.00 |
| 06/26/12 | 1002 | U.S. Treasury- Department of Internal Revenue | EIN: 37-6512799 for YE 6/30/12 Form 1041 | 2810-000 | | 14,944.00 | 80,916.00 |
| 06/26/12 | 1003 | Illinois Department of Revenue | EIN: 37-6512799 for YE 6/30/12 Form IL-1041 | 2820-000 | | 4,109.00 | 76,807.00 |
| 08/30/12 | 1004 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $966.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 966.00 | 75,841.00 |
| 08/30/12 | 1005 | RODRIGUEZ, TERESA J. | 35.29% dividend on Claim # SURPLUS, Ref: | 8200-002 | | 10,377.16 | 65,463.84 |
| 08/30/12 | 1006 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,575.47 | 58,888.37 |
| | | | Dividend paid 100.00%    6,573.07<br>on $6,573.07; Claim# A;<br>Filed: $6,573.07 | 2100-000 | | | 58,888.37 |
| | | | Dividend paid 100.00%    2.40<br>on $2.40; Claim# B;<br>Filed: $2.40 | 2200-000 | | | 58,888.37 |
| 08/30/12 | 1007 | Capital Recovery II | Combined Check for Claims#2,2I | | | 1,683.20 | 57,205.17 |
| | | | Dividend paid 100.00%    1,591.94<br>on $1,591.94; Claim# 2;<br>Filed: $1,591.94;<br>Reference: 7714120095175857 | 7100-900 | | | 57,205.17 |
| | | | Dividend paid 100.00%    91.26<br>on $91.26; Claim# 2I;<br>Filed: $91.26;<br>Reference: 7714120095175857 | 7990-000 | | | 57,205.17 |
| 08/30/12 | 1008 | Capital Recovery One | Combined Check for Claims#1,1I | | | 6,259.30 | 50,945.87 |
| | | | Dividend paid 100.00%    5,919.92<br>on $5,919.92; Claim# 1;<br>Filed: $5,919.92;<br>Reference: 376-104-568-5 | 7100-900 | | | 50,945.87 |
| | | | Dividend paid 100.00%    339.38<br>on $339.38; Claim# 1I; | 7990-000 | | | 50,945.87 |

Subtotals :    $99,000.00    $48,054.13

{} Asset reference(s)

Printed: 10/01/2012 06:34 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-06794  
**Case Name:** RODRIGUEZ, TERESA J.  

**Taxpayer ID #:** **-***2799  
**Period Ending:** 10/01/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $339.38; Reference: 376-104-568-5 | | | | |
| 08/30/12 | 1009 | Chase Bank USA | Combined Check for Claims#7A,7AI | | | 1,733.09 | 49,212.78 |
| | | | Dividend paid 100.00% 1,639.12 on $1,639.12; Claim# 7A; Filed: $1,639.12; Reference: 2008M1-106319 | 7100-900 | | | 49,212.78 |
| | | | Dividend paid 100.00% 93.97 on $93.97; Claim# 7AI; Filed: $93.97; Reference: 2008M1-106319 | 7990-000 | | | 49,212.78 |
| 08/30/12 | 1010 | Discover Bank/DFS Services LLC | Combined Check for Claims#4,4I | | | 12,682.28 | 36,530.50 |
| | | | Dividend paid 100.00% 11,994.64 on $11,994.64; Claim# 4; Filed: $11,994.64; Reference: 6011298603094966 | 7100-900 | | | 36,530.50 |
| | | | Dividend paid 100.00% 687.64 on $687.64; Claim# 4I; Filed: $687.64; Reference: 6011298603094966 | 7990-000 | | | 36,530.50 |
| 08/30/12 | 1011 | eCAST Settlement Corporation assignee of | Combined Check for Claims#11,11I | | | 13,254.45 | 23,276.05 |
| | | | Dividend paid 100.00% 12,535.79 on $12,535.79; Claim# 11; Filed: $12,535.79; Reference: 6035320489213189 | 7100-900 | | | 23,276.05 |
| | | | Dividend paid 100.00% 718.66 on $718.66; Claim# 11I; Filed: $718.66; Reference: 6035320489213189 | 7990-000 | | | 23,276.05 |
| 08/30/12 | 1012 | HSBC Bank Nevada NA/Office Max c/o eCAST | Combined Check for Claims#9,9I | | | 945.53 | 22,330.52 |
| | | | Dividend paid 100.00% 894.26 | 7100-900 | | | 22,330.52 |

Subtotals : $0.00 $28,615.35

{} Asset reference(s)

Printed: 10/01/2012 06:34 AM V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-06794 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ, TERESA J. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******35-65 - Checking Account |
| Taxpayer ID #: | **-***2799 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/01/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | on $894.26; Claim# 9; Filed: $894.26; Reference: 2736-16090001-1991 | | | | |
| | | | Dividend paid 100.00% on $51.27; Claim# 9I; Filed: $51.27; Reference: 2736-16090001-1991 | 51.27 | 7990-000 | | 22,330.52 |
| 08/30/12 | 1013 | HSBC Bank Nevada, N.A.(Bon Ton) c/o eCAST | Combined Check for Claims#8,8I | | | 3,728.70 | 18,601.82 |
| | | | Dividend paid 100.00% on $3,526.53; Claim# 8; Filed: $3,526.53; Reference: 77-2046-5951 | 3,526.53 | 7100-900 | | 18,601.82 |
| | | | Dividend paid 100.00% on $202.17; Claim# 8I; Filed: $202.17; Reference: 77-2046-5951 | 202.17 | 7990-000 | | 18,601.82 |
| 08/30/12 | 1014 | PYOD LLC , as assignee of Citibank | Combined Check for Claims#3,3I | | | 9,268.30 | 9,333.52 |
| | | | Dividend paid 100.00% on $8,765.77; Claim# 3; Filed: $8,765.77; Reference: 0156903450492 | 8,765.77 | 7100-900 | | 9,333.52 |
| | | | Dividend paid 100.00% on $502.53; Claim# 3I; Filed: $502.53; Reference: 0156903450492 | 502.53 | 7990-000 | | 9,333.52 |
| 08/30/12 | 1015 | PYOD LLC as assignee of Citibank | Combined Check for Claims#10,10I | | | 1,042.15 | 8,291.37 |
| | | | Dividend paid 100.00% on $985.64; Claim# 10; Filed: $985.64; Reference: 77-2046-5951 | 985.64 | 7100-900 | | 8,291.37 |
| | | | Dividend paid 100.00% | 56.51 | 7990-000 | | | 8,291.37 |

Subtotals :    $0.00    $14,039.15

{} Asset reference(s)    Printed: 10/01/2012 06:34 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-06794  
**Case Name:** RODRIGUEZ, TERESA J.

**Taxpayer ID #:** **-***2799  
**Period Ending:** 10/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $56.51;  Claim# 10I;<br>Filed: $56.51;<br>Reference:<br>77-2046-5951 | | | | |
| 08/30/12 | 1016 | Target National Bank | Combined Check for Claims#6,6I | | | 8,291.37 | 0.00 |
| | | | Dividend paid 100.00%   7,841.81<br>on $7,841.81;  Claim# 6;<br>Filed: $7,841.81;<br>Reference:<br>4352-3733-6032-8360 | 7100-900 | | | 0.00 |
| | | | Dividend paid 100.00%   449.56<br>on $449.56;  Claim# 6I;<br>Filed: $449.56;<br>Reference:<br>4352-3733-6032-8360 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 99,000.00 | 99,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 99,000.00 | 99,000.00 | |
| | | | Less: Payments to Debtors | | | 13,517.16 | |
| | | | **NET Receipts / Disbursements** | | **$99,000.00** | **$85,482.84** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******35-65** | 99,000.00 | 85,482.84 | 0.00 |
| | **$99,000.00** | **$85,482.84** | **$0.00** |